**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TROY SMITH,

                Plaintiff,

v.

SDCC MEDICAL, et al.,

                Defendants.

Case No.: 2:24-cv-02171-RFB-NJK

**Order**

On December 15, 2025, the Court denied *pro se* plaintiff Troy Smith's application to proceed *in forma pauperis* ("IFP") and granted him until January 19, 2026, to either pay the full filing fee of $405 or, if Plaintiff's financial situation has changed, file a new IFP application. Docket No. 15. Plaintiff has filed a motion for an extension of time and a notice showing that his request to pay the filing fee was rejected by prison officials for insufficient funds. Docket Nos. 16, 18. Plaintiff states that this rejection was an error, and that he has submitted a second request to pay the filing fee to prison officials. Docket No. 18. Plaintiff's motion for an extension is granted, and he now has until **February 27, 2026**, to address the matter of the filing fee.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for an extension, Docket No. 16, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must pay the full filing fee of $405 by **February 27, 2026**.

Alternatively, if Plaintiff's financial situation has changed, he may submit a new IFP application by **February 27, 2026**, with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status.

. . . .

. . . .

. . . .

1

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.

IT IS SO ORDERED.

DATED: February 2, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2